387 A.2d 470

**LOYAL ORDER OF MOOSE, LODGE NO. 145, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania HUMAN RELATIONS COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 12, 1978.

Decided May 8, 1978.

574

Benjamin G. Lipman, Asst. Gen. Counsel, Philadelphia, for appellant.

Elmer E. Harter, Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, POMEROY, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The order of the Commonwealth Court is affirmed.

MANDERINO, J., filed a concurring and dissenting opinion.

ROBERTS, J., filed a dissenting opinion in which NIX, J., joins.

MANDERINO, Justice, concurring and dissenting.

The Commonwealth Court affirmed the Commission's findings that the Moose Lodge had discriminated against the complainants herein, and affirmed the Commission's order with two exceptions. One of these reversed the award of damages for embarrassment, humiliation and mental anguish. The majority has affirmed the Commonwealth Court in all respects, upholding the order, as modified, to other affirmative relief but denying the Commission's power to award such damages.

I am in concurrence with the majority in upholding the Commission's order as modified by the Commonwealth Court except as to the denial of damages. I dissent to the holding that no damages can be awarded, in accordance with my dissent in *Pennsylvania Human Relations Commission v. Straw,* 478 Pa. 463, 387 A.2d 75 (1978).

ROBERTS, Justice, dissenting.

For the reasons set forth in the Opinion of the Court in *Pennsylvania Human Relations Comm'n. v. Alto-Reste Park Cemetery Ass'n.,* 453 Pa. 124, 306 A.2d 881 (1973), and my dissenting opinions in *Pennsylvania Human Relations Commission v. Zamantakis,* 478 Pa. 454, 387 A.2d 70 (1978) and *Pennsylvania Human Relations Comm'n. v. St. Joe Minerals Corp.,* 476 Pa. 302, 382 A.2d 731 (1978) (Roberts, J., joined by Nix, J., dissenting), I dissent.

NIX, J., joins in this dissenting opinion.